IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13CR3122 |
| ) | |
| MARY E. MERKEL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Ms. Merkel's Unopposed Motion to Continue the Deadline for Filing Pretrial Motions and Trial. Ms. Merkel seeks to continue her pretrial motion deadline from December 20, 2013, until January 20, 2014, and to continue her jury trial now set for January 13, 2014, for approximately 90 days. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said motions should be granted.

IT IS THEREFORE ORDERED that Ms. Merkel shall file any pretrial motions in the above captioned matter no later than January 20, 2014, and the jury trial shall be continued until April 14, 2014 at 9:00 a.m. This Court further finds that, based upon the showing set forth in Ms. Merkel's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions and continuing her trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the time from December 20, 2013, until the date next set for trial, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 19th day of December, 2013.

BY THE COURT:

s/ Cheryl R. Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge