IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:13CR3122** |
| vs. | |
| MARY E. MERKEL, | **MEMORANDUM AND ORDER** |
| Defendants. | |

Defendant Merkel has moved to continue the pretrial motion deadline, (filing no. 29), because the defendant has recently received additional discovery from the government and needs to review that discovery before deciding if pretrial motions should be filed.  The motion to continue is unopposed.  Based on the showing set forth in the motion, the court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1)   Defendant Merkel's motion to continue, (filing no. 29), is granted.

2)   **As to all defendants**, pretrial motions and briefs shall be filed on or before March 13, 2014.

3)   **As to all defendants**, trial of this case remains scheduled to commence on April 14, 2014.

4)   The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial.  Accordingly, **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and March 13, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

February 21, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge