IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3122 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARY E. MERKEL and | ) | |
| DANICIELIZ ALLISON, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to F.R. Crim. P. 36 and to correct a clerical error,

IT IS ORDERED that:

(1)   The Judgment regarding Mary E. Merkel (filing 125) does not impose joint liability on Danicieliz Allison.

(2)   The Judgment regarding Danicieliz Allison (filing 131) does not impose joint liability on Mary E. Merkel.

Dated February 9, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge